IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LILLY PHILIP,

    Plaintiff,

v.

KAISER FOUNDATION HEALTH PLAN, INC.,

    Defendant.

No. C 12-05376 JSW

**ORDER TO SHOW CAUSE**

By order dated November 20, 2012, this Court set the case management conference for December 14, 2012, ordered that a case management statement be filed by December 7, 2012, and required personal appearances by counsel. Plaintiff did not file a case management statement or appear for the case management conference.

Accordingly, Plaintiff is HEREBY ORDERED TO SHOW CAUSE in writing as to why this case should not be dismissed for failure to prosecute. Plaintiff's response to this Order to Show Cause shall be due by December 28, 2012 or this case will be dismissed for failure to prosecute without further notice.

**IT IS SO ORDERED.**

Dated: December 14, 2012

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE