FRANK E. MAYO/State Bar #42972
Law Office of Frank E. Mayo
4962 El Camino Real, Ste. 104
Los Altos, CA 94022

(650) 964-8901

Attorney for Plaintiff

MICHAEL W. FOSTER
FOSTER EMPLOYMENT LAW
3000 Lakeshore Avenue
Oakland, California 94610

Telephone: (510) 763-1900

Attorney for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LILLY PHILIP, | Case No. 5:12CV-05376-~~HRL~~ JSW |
| Plaintiff, | STIPULATION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE |
| Vs. | |
| KAISER FOUNDATION HEALTH PLAN INC. | |
| Defendant | |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, that pursuant to Federal Rules of Civil Procedure Rule 41(a)(1) all causes of action asserted on behalf of Plaintiff Lilly Philip as set forth in the complaint on file herein, shall be and are hereby dismissed without prejudice and that each party shall bear its own costs and attorney's fees herein.

1

STIPULATION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE

| | | |
|---|---|---|
| 1 | | |
| 2 | IT IS SO STIPULATED. | |
| 3 | DATED: 7/11/2013 | LAW OFFICE OF FRANK E. MAYO |

IT IS SO STIPULATED.

DATED: 7/11/2013     LAW OFFICE OF FRANK E. MAYO

By:

\_\_\_\_\_/S/ Frank E. Mayo_____
FRANK E. MAYO
Attorney for Plaintiff

DATED: 7/11/2013     FOSTER EMPLOYMENT LAW

By:

\_\_\_\_\_/S/ Michael W. Foster\_\_\_\_\_
MICHAEL W. FOSTER
Attorney for Defendant

### ORDER

Having reviewed the above stipulation:

IT IS HEREBY ORDERED that the within action be dismissed without prejudice, each party to bear its own costs and attorney's fees.

DATED:   July 18, 2013

_____
THE HONORABLE JEFFREY S. WHITE

STIPULATION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE