1  FRANK E. MAYO/State Bar #42972
2  Law Office of Frank E. Mayo
   4962 El Camino Real, Ste. 104
3  Los Altos, CA 94022

4  (650) 964-8901

5  Attorney for Plaintiff

6

7  MICHAEL W. FOSTER
   FOSTER EMPLOYMENT LAW
8  3000 Lakeshore Avenue
   Oakland, California 94610

9
   Telephone: (510) 763-1900
10
   Attorney for Defendant
11

12

13

14               UNITED STATES DISTRICT COURT

15               NORTHERN DISTRICT OF CALIFORNIA

16
                                              JSW
17 LILLY PHILIP,            )   Case No. 5:12CV-05376-~~HRL~~
                            )
18      Plaintiff,          )   STIPULATION AND ORDER
   Vs.                      )   FOR DISMISSAL WITHOUT
19                          )   PREJUDICE
   KAISER FOUNDATION HEALTH PLAN )
20 INC.                     )
                            )
21      Defendant.          )
22 _____

23      IT IS HEREBY STIPULATED, by and between the parties through their respective counsel

24 of record, that pursuant to Federal Rules of Civil Procedure Rule 41(a)(1) all causes of action

25 asserted on behalf of Plaintiff Lilly Philip as set forth in the complaint on file herein, shall be and

26 are hereby dismissed without prejudice and that each party shall bear its own costs and attorney's

27 fees herein.

28

                                            1

IT IS SO STIPULATED.

DATED: 7/11/2013     LAW OFFICE OF FRANK E. MAYO

By:

\_\_\_\_\_/S/ Frank E. Mayo_____
FRANK E. MAYO
Attorney for Plaintiff

DATED: 7/11/2013     FOSTER EMPLOYMENT LAW

By:

\_\_\_\_\_/S/ Michael W. Foster\_\_\_\_\_
MICHAEL W. FOSTER
Attorney for Defendant

## ORDER

Having reviewed the above stipulation:

IT IS HEREBY ORDERED that the within action be dismissed without prejudice, each party to bear its own costs and attorney's fees.

DATED: July 18, 2013

_____
THE HONORABLE JEFFREY S. WHITE

STIPULATION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE